# NOS. 12-11-00211-CR
# 12-11-00212-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *KATHRYN LYNNE GREEN,* *APPELLANT* | § | *APPEAL FROM THE 114TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *THE STATE OF TEXAS,* *APPELLEE* | § | *SMITH COUNTY, TEXAS* |

### *MEMORANDUM OPINION*
### *PER CURIAM*

Appellant pleaded guilty to possession of a controlled substance with intent to deliver (methamphetamine in the amount of four grams or more but less than two hundred grams) and unlawful possession of a firearm by a felon. In accordance with the terms of a plea bargain agreement with the State, the trial court sentenced Appellant to imprisonment for twenty years and seven years, respectively. Appellant filed a notice of appeal.

We have received the trial court's certification showing that this is a plea bargain case and Appellant has no right to appeal. *See* TEX. R. APP. P. 25.2(a)(2). The certification is signed by Appellant and her trial counsel. The clerk's record supports the trial court's certification. *See* ***Dears v. State***, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005). Accordingly, we ***dismiss*** the appeal.

Opinion delivered July 20, 2011.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)